KARL M. MURPHY et al., Respondents, v. RUSSELL M. DURMIAKI et al., Appellants.

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.